George L. PETTY; Steven L. Petty,
Plaintiffs–Appellants,

v.

Joseph N. CROSSWHITE; Theodore S.
Royster; Donna S. Stroud; Martha A.
Geer; Cressie H. Thigpen, Jr.; Bar-
bara Jackson; City of Kannapolis, De-
fendants–Appellees.

No. 13–1545.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 22, 2013.

George L. Petty; Steven L. Petty, Ap-
pellants Pro Se. Grady L. Balentine, Jr.,
Special Deputy Attorney General, Raleigh,
North Carolina; Melanie Dawn Johnson
Raubach, Hamilton, Stephens, Steele &
Martin, PLLC, Charlotte, North Carolina,
for Appellees.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George L. Petty and Steven L. Petty appeal the district court's order denying relief on their 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Petty v. Crosswhite*, No. 1:12–cv–00162–WO–JLW, 2013 WL 1314948 (M.D.N.C. Apr. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*